JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLO TRADE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> VATRA, INCORPORATED, <br><br> Defendant. | Case No. CV12 10759 GW (JCx) <br><br> **ORDER ON STIPULATION AND REQUEST FOR COURT TO DISMISS ALL CLAIMS AND COUNTERCLAIMS PURSUANT TO FED. R. CIV. P. 41(a)(2) AND (c)** <br><br> Complaint Filed: December 17, 2012 <br> Trial Date:      None Set |

Upon review of the parties' Stipulation and Request for Dismissal of All Claims and Counterclaims Pursuant to Federal Rules of Civil Procedure 41(a)(2) and (c), and finding good cause to approve such request, IT IS HEREBY ORDERED THAT:

1. All of Volo Trade's claims with regard to the U.S. Patent No. 6,578,707 ("the '707 Patent") which were or could have been asserted against Vatra, its subsidiaries or controlled business units in this action are hereby dismissed in their entirety with prejudice;

2. Vatra's counterclaim for declaratory judgment of invalidity of the '707 Patent is hereby dismissed with prejudice; and

3. Each party is to bear its own costs and attorneys' fees incurred in connection with this action.

<u>IT IS SO ORDERED</u>.

Date: September 25, 2013

_____
HON. GEORGE H. WU
U.S. DISTRICT COURT JUDGE